IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PENNY BROWN,

    Plaintiff,

v.                                                                          No. 13-cv-1142 MV/SMV

NEW MEXICO ORTHOPAEDICS ASSOCS.,

    Defendant.

## ORDER STAYING CASE AND
## RESETTING RULE 16 SCHEDULING CONFERENCE

THIS MATTER is before the Court on a telephonic Rule 16 scheduling conference held on January 21, 2014.  At the hearing, counsel advised the Court that they were waiting to receive a right-to-sue letter from the EEOC on another related charge.  Because of the likelihood that allowing these two charges to proceed separately would create duplicative proceedings and waste judicial resources, the Court finds it necessary that this case be stayed for 60 days.

**IT IS THEREFORE ORDERED** that this case be **STAYED for 60 days.**

**IT IS FURTHER ORDERED** that the telephonic Rule 16 scheduling conference is reset for **March 17, 2014, at 10:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.